IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERESE MARIE MEADOWS**                                                                 **PLAINTIFF**

**v.**                           **Case No. 1:13-cv-00034 KGB-BD**

**JOHN MAPLES, JR.,** *et al.*                                                            **DEFENDANTS**

## ORDER

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

SO ADJUDGED this the 2nd day of June, 2014.

_____
Kristine G. Baker
United States District Judge